THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
7:10-cv-151-BO

| | |
|---|---|
| JACQUELIN WARREN ) | |
| Plaintiff, ) | |
| ) | NOTICE OF |
| vs. ) | SETTLEMENT |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| Defendant. ) | |

## NOTICE

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant have settled the above-referenced matter on all issues. The Parties will file a Stipulation of Dismissal upon the full execution of the settlement terms which the Parties anticipate to be accomplished within 30 days.

Respectfully submitted this the 29th day of September, 2010,

MARTIN ATTORNEY AT LAW, PLLC

By: /s/ Angela Martin

Angela O. Martin, Esq.
NC Bar 34951
1911 Keller Andrews Road
Sanford, North Carolina 27330
(919) 708-7477
FAX: (888) 872-4232
angela@angelamartinlaw.com
ATTORNEY FOR THE PLAINTIFF

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
7:10-cv-151-BO

| | |
|---|---|
| JACQUELIN WARREN ) | |
| **Plaintiff,** ) | |
| ) | **CERTIFICATE OF** |
| **vs.** ) | **SERVICE** |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| **Defendant.** ) | |

      I certify that on September 29, 2010, I served the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system which will send notice to:

**ADDRESSEE(S):**

Tommy Doughton
TD@DoughtonHartLaw.com

Amy Rich
ARich@DoughtonHartLaw.com

Doughton & Hart PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile:  (336) 725-5129

      This the 29th day of September, 2010.

                                     /s/ Angela O. Martin
                                     Angela O. Martin
                                     Attorney for the Plaintiff
                                     North Carolina State Bar Number 34951