THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-cv-151-BO

| | |
|---|---|
| **JACQUELIN WARREN** | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **NCO FINANCIAL SYSTEMS, INC.** | ) |
| **Defendant.** | ) |

    **COME NOW** the Parties to this Complaint filed by the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and stipulate to the dismissal of the said Complaint filed by the Plaintiff against the Defendant **with prejudice**. The Parties shall have leave to reopen the case in the event the terms of the settlement agreement are breached. The Court retains jurisdiction with respect to the enforcement of the settlement.

This the 22nd day of October 2010.

                                              /s/Angela O. Martin
                                              Angela O. Martin
                                              Attorney for the Plaintiff

                                              /s/ Thomas J. Doughton
                                              Thomas J. Doughton
                                              Attorney for the Defendant

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## No. 7:10-cv-151-BO

| | |
|---|---|
| **JACQUELIN WARREN** | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **NCO FINANCIAL SYSTEMS, INC.** | ) |
| **Defendant.** | ) |

## CERTIFICATE OF SERVICE

I certify that on October 22, 2010, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ADDRESSEE(S):**

Thomas J. Doughton
TD@DoughtonHartLaw.com

Amy Rich
ARich@DoughtonHartLaw.com

Doughton & Hart PLLC
633 West Fourth Street, Suite 150
Winston-Salem, NC 27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129

This the 22nd of October, 2010.

                                              s/Angela O. Martin
                                              Angela O. Martin
                                              Attorney for the Plaintiff
                                              North Carolina State Bar Number 34951